**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01213-CR

### JESSICA RUIZ ESPINOZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-83192-2013**

## ORDER

The Court **GRANTS** court reporter Crystal Cannon's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Cannon to file the reporter's record within **FORTY-FIVE (45) DAYS** from the date of this order. No further extensions will be granted absent extenuating circumstances.

/s/     ADA BROWN
        JUSTICE